No. 887.  HUDSON *v.* UNITED STATES.  February 3, 1947.  The motion for bail is denied.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth

Circuit also denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petition for certiorari should be granted. *Hayden C. Covington* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.